# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **OHIO COAL ASSOCIATION, et al.,** | : | Case No.: 2:14-cv-2646 |
| | : | |
| and | : | Related Case No.: 2:15-cv-448 |
| | : | |
| **MURRAY ENERGY CORPORATION, et al.,** | : | JUDGE JAMES L. GRAHAM |
| | : | |
| | : | MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| **R. ALEXANDER ACOSTA,**[1] **SECRETARY OF LABOR, and THE MINE SAFETY AND HEALTH ADMINISTRATION,** | : | **JOINT MOTION FOR STAY OF LITIGATION PENDING SETTLEMENT DISCUSSIONS** |
| | : | |
| Defendants. | : | |

Plaintiffs Ohio Coal Association, et al. and Murray Energy Corporation, et al. and Defendants R. Alexander Acosta, Secretary of Labor, and The Mine Safety and Health Administration jointly move the Court for a stay of proceedings, so that the parties may explore a potential negotiated resolution of this dispute. The reasons for this request are set forth in the following memorandum in support hereof.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

JUDRY L. SUBAR
Assistant Director
Federal Programs Branch

BENJAMIN GLASSMAN
United States Attorney

*s/Vladimir P. Belo*
Vladimir P. Belo (0071334)
Dinsmore & Shohl, LLP
191 West Nationwide Blvd, Suite 300
Columbus, Ohio 43215
Telephone: (614) 628-6935
Facsimile: (614) 628-6880
vladimir.belo@dinsmore.com

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), R. Alexander Acosta, in his official capacity as Secretary of Labor, has been substituted for Thomas E. Perez.

*s/ Kari E. D'Ottavio by s/Vladimir P. Belo*
*per authorization*
KARI E. D'OTTAVIO
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 305-0568
Fax: (202) 616-8470
kari.e.d'ottavio@usdoj.gov

*Counsel for Defendants*

Henry Chajet (Pro Hac Vice)
Avi Meyerstein (Pro Hac Vice)
HUSCH BLACKWELL LLP
750 17th Street, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 378-2300
Facsimile: (202) 378-2319
Email: henry.chajet@huschblackwell.com
Email: avi.meyerstein@huschblackwell.com

*Attorneys for Plaintiffs in*
*Case No.* 2:14-cv-2646

*s/ Vladimir P. Belo*
Vladimir P. Belo (0071334)
Dinsmore & Shohl, LLP
191 West Nationwide Blvd, Suite 300
Columbus, Ohio 43215
Telephone: (614) 628-6935
Facsimile: (614) 628-6880
vladimir.belo@dinsmore.com

Thomas M. Connor (0082462)
Sarah B. Cameron (0091319)
Dinsmore & Shohl, LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 977-8301
Facsimile: (513) 977-8141
thomas.connor@dinsmore.com
sarah.cameron@dinsmore.com

*Attorneys for Plaintiffs in*
*Case No. 2:15-cv-448*

**MEMORANDUM**

Plaintiffs in this case challenge the Mine Safety and Health Administration's (MSHA) January, 2013 pattern of violations final rule. The case schedule currently provides that the parties will file cross-motions for judgment on the administrative record on May 19, 2017. Rather than concurrently litigating and negotiating a possible settlement of the dispute, the parties are open to negotiating a mutually agreeable resolution that could avoid further litigation. Following a May 1, 2017 meeting of counsel and representatives of the plaintiffs in both related cases, the Department of Justice, the Department of Labor, and MSHA, all parties agreed that such settlement negotiations were sufficiently promising to warrant seeking a stay of this litigation. The parties have since discussed their commitment to a structured series of conferences to consider a negotiated resolution.

As such, the parties seek the Court's approval of a 120-day stay of all proceedings in both related cases. This Court has the inherent power to stay a case to achieve "economy of time and effort for itself, for counsel, and for litigants." *Gray v. Bush*, 628 F.3d 779, 785 (6th Cir. 2010). The parties believe that a stay of proceedings is appropriate to avoid potentially unnecessary further litigation and to conserve judicial resources. The parties therefore respectfully request that this Court exercise its discretion to stay this case for 120 days because doing so will allow the parties to focus on whether they can resolve this dispute through settlement negotiations.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

JUDRY L. SUBAR
Assistant Director
Federal Programs Branch

*s/ Vladimir P. Belo*
Vladimir P. Belo (0071334)
Dinsmore & Shohl LLP
191 West Nationwide Blvd, Suite 300
Columbus, Ohio 43215
Telephone: (614) 628-6935
Facsimile: (614) 628-6880
vladimir.belo@dinsmore.com

BENJAMIN GLASSMAN
United States Attorney


*s/ Kari E. D'Ottavio, by s/ Vladimir P. Belo, per authorization*
KARI E. D'OTTAVIO
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Tel: (202) 305-0568
Fax: (202) 616-8470
kari.e.d'ottavio@usdoj.gov

*Counsel for Defendants*

Henry Chajet (Pro Hac Vice)
Avi Meyerstein (Pro Hac Vice)
HUSCH BLACKWELL LLP
750 17th Street, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 378-2300
Facsimile: (202) 378-2319
Email: henry.chajet@huschblackwell.com
Email: avi.meyerstein@huschblackwell.com

*Attorneys for Plaintiffs in*
*Case No.* 2:14-cv-2646


*s/ Vladimir P. Belo*
Vladimir P. Belo (0071334)
Dinsmore & Shohl LLP
191 West Nationwide Blvd, Suite 300
Columbus, Ohio 43215
Telephone: (614) 628-6935
Facsimile: (614) 628-6880
vladimir.belo@dinsmore.com

Thomas M. Connor (0082462)
Sarah B. Cameron (0091319)
Dinsmore & Shohl, LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 977-8301
Facsimile: (513) 977-8141
thomas.connor@dinsmore.com
sarah.cameron@dinsmore.com

*Attorneys for Plaintiffs in*
*Case No. 2:15-cv-448*

## **Certificate of Service**

A true and accurate copy of the foregoing was electronically filed on May 8, 2017 via the Court's ECF filing system, which automatically serves notice on counsel of record in this action.

                                               *s/ Vladimir P. Belo*
                                               Vladimir P. Belo
                                               (OH 0071334)