UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**OHIO COAL ASSOCIATION,** *et al.***,**

    **Plaintiffs,**

    v.

                          **Civil Action 2:14-cv-2646**
                          **Judge James L. Graham**
                          **Magistrate Judge Elizabeth P. Deavers**

**SECRETARY OF LABOR,** *et al.***,**

    **Defendants.**

---

**MURRAY ENERGY CORPORATION,** *et al.***,**

    **Plaintiffs,**

    v.

                          **Civil Action 2:15-cv-448**
                          **Judge James L. Graham**
                          **Magistrate Judge Elizabeth P. Deavers**

**MINE AND SAFETY AND HEALTH
ADMINISTRATION** *et al.***,**

    **Defendants.**

## **ORDER**

    The parties report that since the Court entered the stay on May 9, 2017, they have discussed the terms of settlement and continue to evaluate whether a mutually agreeable negotiated resolution is possible.  (Case No. 2:14-cv-2646, ECF No. 79; Case No. 2:15-cv-448, ECF No. 54.)  The parties represent that they have agreed to meet in the Washington, D.C. area for an in-person meeting, possibly in October 2017.  (*Id*.)  The parties therefore ask for an extension of the current stay for an additional 90 days.  (*Id*.)

    The parties' request is well taken.  The stay in this action is **EXTENDED** to

**DECEMBER 8, 2017**.   If the parties have not filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) **ON OR BEFORE DECEMBER 8, 2017**, they are **DIRECTED** to file a joint written **REPORT** detailing the status of this case.

    **IT IS SO ORDERED.**

Date: September 8, 2017                                                        /s/ *Elizabeth A. Preston Deavers*
                                                                               ELIZABETH A. PRESTON DEAVERS
                                                                               UNITED STATES MAGISTRATE JUDGE