IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

OHIO COAL ASSOCIATION, *et al.*,

and

MURRAY ENERGY CORPORATION, *et al.*,

Plaintiffs,

v.

R. ALEXANDER ACOSTA,
SECRETARY OF LABOR,

and

THE MINE SAFETY AND
HEALTH ADMINISTRATION,

Defendants.

Case No. 2:14-cv-2646

Related Case: 2:15-cv-448

Judge Graham
Magistrate Judge Deavers

## ORDER

Pursuant to this Court's September 13, 2018 Order extending a stay of these proceedings, the parties were ordered to file a joint status report due on December 12, 2018 if the case remained pending (Doc. 89 in 2:14-cv-2646 and Doc. 64 in 2:15-cv-448). The parties are now further directed that if the matter is not concluded by agreement prior to December 12, 2018, the parties shall appear in open court to present their joint status report to the Court, commencing at 10:00 A.M. on December 12, 2018 at the Joseph P. Kinneary United States Courthouse, 85 Marconi Boulevard, Columbus, Ohio 43215.

**IT IS SO ORDERED.**

JAMES L. GRAHAM
United States District Judge

DATE: October 25, 2018