IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **Ohio Coal Association, et al.,**<br><br>     and<br><br>**Murray Energy Corporation, et al.,**<br><br>     Plaintiffs,<br><br>     v.<br><br>**Thomas E. Perez, Secretary of Labor, and the Mine Safety and Health Administration,**<br><br>     Defendants. | Case No. 2:14-cv-2646<br><br>Related Case: 2:15-cv-448<br><br>Judge Graham<br><br>Magistrate Judge Deavers |

### PLAINTIFFS' MOTION TO DROP PARTIES AND NOTICE OF WITHDRAWAL

Pursuant to Federal Rule of Civil Procedure 21, Plaintiffs Ohio Coal Association, Kentucky Coal Association, National Mining Association, National Stone, Sand and Gravel Association, Portland Cement Association, Murray Energy Corporation, American Energy Corporation, Ohio American Energy, Incorporated, and The Ohio Valley Coal Company (collectively, "Plaintiffs"), by and through their attorneys, hereby jointly file their Motion to Drop Parties and Notice of Withdrawal. In support of their Motion, Plaintiffs state as follows:

1.     National Mining Association, National Stone, Sand and Gravel Association, and Portland Cement Association wish to withdraw from this matter, and hereby voluntarily dismiss their pending claims. Accordingly, Plaintiffs respectfully request that the Court – pursuant to Federal Rule 21 – dismiss National Mining Association, National Stone, Sand and Gravel Association, and Portland Cement Association from this matter. *See*, *e.g.*, *Warfel v. Chase Bank*

*USA, N.A.*, No. 2:11-cv-699, 2012 U.S. Dist. LEXIS 17037 (S.D. Ohio Feb. 10, 2012) (noting that Rule 21 is proper procedural vehicle to dismiss individual claims or parties); *Crozin v. Crown Appraisal Group, Inc.*, No. 2:10-cv-581, 2012 U.S. Dist. LEXIS 876 (S.D. Ohio Jan. 4, 2012) (same).

2. In connection with these parties' withdrawal from the case, Henry Chajet, Avi Meyerstein, and Husch Blackwell LLP hereby withdraw from their representation of any parties in this matter pursuant to S.D. Ohio Civ.R. 83.4(d).

3. Ohio Coal Association and Kentucky Coal Association will remain in the lawsuit in Case No. 2:14-cv-2646, represented by Vladimir Belo of Dinsmore and Shohl LLP. Murray Energy Corporation, American Energy Corporation, Ohio American Energy, Incorporated, and The Ohio Valley Coal Company will remain Plaintiffs in Case No. 2:15-cv-448, represented by their counsel of record.

4. This matter will not be unduly delayed, nor any party unduly prejudiced, by the relief requested in this Motion or by the withdrawal of Henry Chajet, Avi Meyerstein, and Husch Blackwell LLP

WHEREFORE, Plaintiffs respectfully request pursuant to Fed. R. Civ. P. 21 that the Court dismiss National Mining Association, National Stone, Sand and Gravel Association, and Portland Cement Association from this matter.

        Respectfully submitted,

        /s/ *Vladimir P. Belo*
        Vladimir P. Belo (Ohio 0071334)
        DINSMORE & SHOHL LLP
        191 W. Nationwide Blvd., Suite 300
        Columbus, OH 43215
        Telephone:  (614) 628-6880

Facsimile:   (614) 628-6890
Email: vladimir.belo@dinsmore.com

s/Henry Chajet by s/Vladimir P. Belo per authorization
s/Avi Meyerstein by s/Vladimir P. Belo per authorization
Henry Chajet (Pro Hac Vice)
Avi Meyerstein (Pro Hac Vice)
HUSCH BLACKWELL LLP
750 17th Street, NW, Suite 900
Washington, D.C. 20006
Telephone: (202) 378-2300
Facsimile: (202) 378-2319
Email: henry.chajet@huschblackwell.com
Email: avi.meyerstein@huschblackwell.com

*Attorneys for Plaintiffs in Case No. 2:14-cv-2646*

*/s/ Vladimir P. Belo*
Thomas M. Connor (0082462)
Sarah B. Cameron (0091319)
Dinsmore & Shohl, LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: (513) 977-8301
Facsimile: (513) 977-8141
john.jevicky@dinsmore.com
thomas.connor@dinsmore.com
sarah.cameron@dinsmore.com

Vladimir P. Belo (0071334)
Dinsmore & Shohl, LLP
191 West Nationwide Blvd, Suite 300
Columbus, Ohio 43215
Telephone: (614) 628-6935
Facsimile: (614) 628-6880
vladimir.belo@dinsmore.com

*Attorneys for Plaintiffs in Case No. 2:15-cv-448*

3

## Certificate of Service

A true and accurate copy of the foregoing was electronically filed on March 22, 2019 via the Court's ECF filing system, which automatically serves notice on all counsel of record.

                                                */s/ Vladimir P. Belo*
                                                Vladimir P. Belo