# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **OHIO COAL ASSOCIATION**, *et al.*, | : | Case No.: 2:15-cv-448 |
| | : | |
| and | : | Related Case No.: 2:14-cv-2646 |
| | : | |
| **MURRAY ENERGY CORPORATION**, *et al.*, | : | JUDGE JAMES L. GRAHAM |
| | : | |
| | : | MAGISTRATE JUDGE ELIZABETH P. DEAVERS |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| **EUGENE SCALIA, SECRETARY OF LABOR**, and **THE MINE SAFETY AND HEALTH ADMINISTRATION**, | : | **NOTICE OF WITHDRAWAL OF CO-COUNSEL** |
| | : | |
| Defendants. | : | |

Pursuant to Local Civil Rule 83.4(d), please take notice that Kari E. D'Ottavio hereby withdraws her appearance as counsel of record for Defendants in this matter. Co-counsel Lisa Marcus will remain as counsel of record for Defendants.

Dated: August 25, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Director, Federal Programs Branch

s/ *Kari E. D'Ottavio*
KARI E. D'OTTAVIO
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005

1

Tel: (202) 305-0568
Email: kari.e.d'ottavio@usdoj.gov

s/ *Lisa Zeidner Marcus*
LISA ZEIDNER MARCUS
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
700 Grant St., Suite 4000
Pittsburgh, PA 15217
Tel: (202) 514-3336
Email: lisa.marcus@usdoj.gov

*Counsel for Defendants*