# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Ohio Coal Association, et al.,** | : | |
| | : | |
| and | : | Case No. 2:15-cv-448 |
| | : | |
| **Murray Energy Corporation, et al.,** | : | |
| | : | Related Case No. 2:14-cv-2646 |
| Plaintiffs, | : | |
| | : | |
| v. | : | Judge James L. Graham |
| | : | |
| **Milton Al Stewart, Acting Secretary of Labor,[1] and The Mine Safety and Health Administration,** | : | Magistrate Judge Deavers |
| | : | |
| Defendants. | : | |

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO RULE 41(A)

Pursuant to Rule 41(a)(1) of Federal Rules of Civil Procedure, the Plaintiffs in Case No. 2:15-cv-448 hereby notify the Court that this matter is voluntarily dismissed with prejudice. Each party will bear its own fees and costs. This stipulation is signed below on behalf of all parties who have appeared in this matter.

This 23rd day of March, 2021.

Respectfully submitted,

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Acting Secretary Milton Al Stewart automatically substitutes for his predecessor, former Secretary of Labor Eugene Scalia.

| | |
|---|---|
| /s/ *Thomas M. Connor* <br> Thomas M. Connor (Ohio 0071334) <br> DINSMORE & SHOHL LLP <br> 255 East Fifth Street, Suite 1900 <br> Cincinnati, Ohio 45202 <br> Telephone:  (513) 977-8200 <br> Facsimile:   (513) 977-8141 <br> Email: thomas.connor@dinsmore.com <br><br> *Attorney for Plaintiffs in* <br> *Case No. 2:14-cv-1446 and* <br> *Case No. 2:15-cv-448* | BRIAN M. BOYNTON <br> Acting Assistant Attorney General <br><br> BRAD P. ROSENBERG <br> Assistant Branch Director <br><br> */s/ Lisa Zeidner Marcus* <br> Lisa Zeidner Marcus <br> Senior Counsel <br> U.S. Department of Justice <br> Civil Division, Federal Programs Branch <br> 1100 L St., NW, Twelfth Floor <br> Washington, DC 20530 <br> Telephone: (202) 514-3336 <br> Facsimile: (202) 616-8470 <br> Email: lisa.marcus@usdoj.gov <br><br> *Attorney for Defendants* |

**Certificate of Service**

A true and accurate copy of the foregoing was electronically filed on March 23, 2021 via the Court's ECF filing system, which automatically serves notice on counsel of record.

s/ *Thomas M. Connor*

20716539.1